MARY BURKE, an Infant, by GEORGE J. O'KEEFE, Her
    Guardian ad Litem, Appellant, *v.* THE LONDON GUARANTEE
    AND ACCIDENT COMPANY, Respondent.

*Burke* v. *London Guarantee & Accident Co.*, 126 App. Div. 933, affirmed.
(Argued June 10, 1910; decided October 11, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 13, 1908, affirming a judgment in favor of defendant
entered upon a decision of the court on trial at Special Term
in an action to recover the amount of a judgment for personal
injuries theretofore recovered against an insolvent corporation
which at the time was insured by defendant against such
liability.

*Ernest P. Seelman* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.
    Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.